UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICOLÁS MADURO MOROS,<br>DIOSDADO CABELLO RONDÓN,<br>RAMÓN RODRÍGUEZ CHACÍN,<br>CILIA ADELA FLORES DE MADURO,<br>NICOLÁS ERNESTO MADURO GUERRA,<br>    a/k/a "Nicolasito,"<br>    a/k/a "The Prince," and<br>HECTOR RUSTHENFORD GUERRERO FLORES,<br>    a/k/a "Niño Guerrero,"<br><br>            Defendants. | **NOTICE OF APPEARANCE<br>AND REQUEST FOR<br>ELECTRONIC NOTIFICATION**<br><br>11 Cr. 205 (AKH) |

TO:   Clerk of the Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: /s/ Henry L. Ross
    Henry L. Ross
    Assistant United States Attorney
    (212) 637-2442

TO:   Counsel of Record (via ECF)